DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**SAMUEL TORRES** and **MELISSA RENALDO,**
Appellants,

v.

**DEUTSCHE BANK NATIONAL TRUST COMPANY,**
Appellee.

No. 4D2023-0710

[February 29, 2024]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Roger B. Colton, Judge; L.T. Case No. 502020CA008116.

Mark L. Pomeranz of Pomeranz & Associates, P.A., Hallandale, for appellants.

James H. Wyman of Hinshaw & Culbertson LLP, Coral Gables, for appellee.

PER CURIAM.

*Affirmed.*

MAY, FORST and KUNTZ, JJ., concur.

*         *         *

*Not final until disposition of timely filed motion for rehearing.*